# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Tremain T. Williams,

   Plaintiff

vs.

Warden Justin Hammers Et Al
Warden Assistant Baca
LT. Johnso
LT. Arnette
LT Crum
LT botrell
LT bailas
Grievance officer Robbie Johnson

   Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Tremain Tyrone Williams

Prison Identification Number: K67325

Current address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Justin Hammers

Current Job Title: Chief Administrator Officer

Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

Defendant #2:

Full Name: Brian Bacq

Current Job Title: Assistant Warden

Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

Defendant #3:

Full Name: LT Johnson 7 to 3

Current Job Title: LT. Johnson - Internal Affairs

2

4. Full Name: L.T. Bottrell
Current Job Title: Lieutenant     3 to 11
Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

7. Full Name: Robbie Johnson
Current Job Title: Lieutenant (ex- Grievance Officer)    7 to 3
Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

8. Full Name: Sgt Rose
Current Job Title: Sergeant     11 to 7
Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

9. Full Name: Sgt Bailas
Current Job Title: Sergeant    3 to 11
Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

10. Full Name: Sgt Perkins
Current Job Title: Sergeant    7 to 3
Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

11. Full Name: C/O Valentine
Current Job Title: Correctional Officer    3 to 11
Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

12. Full Name: C/O Dirck
Current Job Title: Correctional Officer    7 to 3
Current Work Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520

Twelve Defendants

Current Work Address **Illinois River Corr Ctr P.O. Box 999**
**Canton Illinois 61520**

Defendant #4:

Full Name: **LT. Arnette     7 to 3**

Current Job Title: **Lieutenent**

Current Work Address **Illinois River Corr Ctr P.O. Box 999**
**Canton Illinois 61520**

Defendant #5:

Full Name: **LT Crum     11 to 7**

Current Job Title: **Lieutenant**

Current Work Address **Illinois River Corr Ctr P.O. Box 999**
**Canton Illinois 61520**

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑ **in regards to retaliation**

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑     No ☐

C. If your answer to B is yes, how many? **5  in total**   Describe the lawsuit(s) below.

**1 excessive force / 1 wrongful conviction / 3 Deliberate Indifference**

3 Deliberate Indifference Williams v Dart et Al 16-cv-7782

1. Name of Case, Court and Docket Number  Williams V Houston et al 16-cv-7783
   Williams V Fout et Al 1:18-cv-01049-SL
   The other 2 cases Are over number Not Know

2. Basic claim made __8th Amendment__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __It is still Pending__

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ✓ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?
   Yes ✓ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ✓ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

Date(s) of the occurrence __Retaliation Began in 2017__

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I ask your Honor & this court to please bear with me- as this is no easy tale, However; I will do my best to keep it short & in order. This is A claim of Retaliation - Due to the exeercise of my First Amendment Right - which led to a "Champaign of Harrassment. These illegal Practices involves multiple officials who participated in (professional misconduct, Breach of fiduciary duties; Sadistic Acts of torture, Abuse of Power; Harrassment; Retaliation; collusion, Corruption — which caused an Adverse & Atypical Hardship & libertie interest. These Acts of continuing violations have a History — provided & afforded through Nepotism & a blatant attempt to cover up these Acts or Just turn a blind eye. I entered Illinois River Corr Ctr in June of 2016, I had no Idea the sort of treatment I would receive simply from filing Grievances, complaining About conditions of confinement, such as inmates dietary, medical, & the illegal treatment of inmates. I have many medical issues. So I had no choice but to write grievances to try to get some help. Also inmates were forced to eat from trays with Bacteria & grease, When I wrote grievances about these issues & inquired to the top Authority The retaliation Began (see Exhibits of medical & Conditions of confinement) Unbeknowing to me- this

was an institution where the staff & "Especially" Internal Affairs led by LT. Johnson Terrorized the inmates who spoke out or wrote grievances or asked for peaceful protest. (I would like to direct the court at a grave point, I was in I.R.C.C. For a half of year - Before I received a ticket - which began after I excercised the "first Amendment") I have taken the libertie to "draw" a "blueprint" so to speak, - about the familys, spouses; & nepotism based relationship which ties together most of these events, who's responsible for them, why they occur, & the reason it continues without any consequences or actions - Along with the collusion. I will get into the names, specifics, & dates - But first I would like to tell the court & your Honor of the forms in which these acts came. Multiple false Disciplainary tickets, - where most of the time the person who wrote you the ticket were allowed to attend the hearing or orders would be given to simply found me guilty, or many times I was told - "quote this will end when you stop trying to buck the system - by the hearing committee, Segregation - where things would be done to my food, I wasn't allowed to go outside, didn't receive my bible, you aren't allowed a fan - even in extreme heat, it's always loud, the cells are filled with feces & urines, no matter if I had seizures or panic attacks - there would be no medical attention often or crisis team - as I am S.M.I. the inmates would have to beat on the doors to get me help, cells have spiders & ants that crawl on you all night, if your on a hunger strike it is not logged most of the time, getting thrown out of the chow hall & humiliated in front of everyone, often Isolated as a instrument to "brake" my soul, they (I.A.) tried to lie & compell an inmate to say I was selling him my medication

6

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

mail tampered with, not let out for things like church, my cellmates being punished because of me writing grievances, (I.A) Telling inmates I was a "informant" And yes I did help I.R.C.C Administration & I.A. in the interest of Justice & truth- which I did not Profit from- in fact due to them telling inmates I was an informant I nearly lost All associations, they told multiple inmates they would lose their Jobs if they associated with me, LT Johnson would often tell them to put me in quote the (Sweat Box) a watch cell filled with feces & insects, windows cracked in the cold of winter as a torture tool to force me to do as I was told- even if it was illegal- in fact I was forced under duress in such conditions (which I caught an infection) LT Johnson (IA) told me to sign Papers stating I had no problems with no one in I.R.C.C. even though we both knew that

was not true, they would call me over & over & threaten me to stop writing grievances or go to Pontiac, several times they have tried to ship me to worser institution illegally, I would be stripped naked in front of inmates & female officers, My Grievances would come up missing or not come back at all, many investigations where ignored or never done, I would be placed in the cell with the worse inmates or constantly moved all over - Even Just recently I was moved to 6 House were an inmate I informed LT. Johnson long ago I fear may want to harm me - LT Johnson Assured me I had A (K.S.F) Keep seperate from, yet I was sent to the very same place as this inmate - lucky for me he no longer had ill-will toward me, these things & much, much more happen to me as a tool to brake my soul, I began to write the Govenor, the D.O.J, The F.B.I, B.O. Springfield officials - Law firms ect, I not only have many Affidavits from inmates, declarations, several C/o's such as C/o Jump, Bailey, Shaw, Richard, & Ford has told me of this retaliation involvement - I will close with two things the dates, names & events, the Nepotism chart & the injuries which a Pantic attacks, infection, false segregation time, lost of Priveleges, wrongful Punishment, mental & emotional Anguish.

(All officials were acting under the color of state Law)

(Note there is a shake down slip which I Hide, because C/o Dirke told me & my cellmate He would lie on the slip - about contraband he found, if I didn't take him to court, the Administration tried to find it & destroy it)

I Also ask your Honor to observe the many tickets which I was proven innocent in - yet was still punished

RELIEF REQUESTED

(State what relief you want from the court.)

7

IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Under the color of state Law these Are the roles & Dates each person participated

Sgt Perkins - sent me to segregation July 1, 2017

continuing LT Johnson I.A. sent me to seg, caused infection - torture - collusion

Warden Hammers - Allowed All Acts - After I spoke to him early July - 2017, July 27 - 2017 - Aug 9th 2017 / spoke to Warden baca - who told C/o's to keep me in seg After I was released - Aug 8th 2017 Sept 21 2017 / Sgt Rose sent me to seg / LT Arivette & Sgt Bailas - stripped me naked in front of females C/o LT Crum falsified charges along with sgt Rose, C/o Dinck - sent me to seg falsified charges & C/o Valentine falsified charges - LT Botrell falsified ticket & Grievance officer Johnson provided the cover up & collusion

My K.S.F. Exhibit (illegal practices,) professional misconduct Retaliation, official corruption
helped them on cases - they told inmates Harrassment Breach of fiduciary duties Adverse &
NAMES DATES, Abuse of power INCIDENTS Sadistic acts Atypical hardships
Sgt Perkins-① sent me to seg Champaign of Harassment, Libertie interest
L.T Johnson ② called me Aug 2nd as a witness against grey- Aug 5th Grex threaten me torture.
Warden Hammers ③ spoke to him on July 27 in 5-H ∆ Aug 6th Jump said they
Warden Baca ④ spoke 2 Baca Aug 8th Again on Sept 21st wanted 2 get me
Warden Baca - smith told me baca said keep me in seg, Aug 4th 17 Baca agreed
Sgt Rose ⑤ - sent me to segregation - lied called me to I.A. many times
Sgt Bailas ⑥ stripped me in front of his wife threatened me about grievances Aug 7th to 11th of
L.T Arnettee ⑦ also stripped me in front of female c/o kept me in 5-House helping Aug false investigation
L.T Crum ⑧ sent me to segregation lied which caused me to Mattress &
L/O Valentine ⑨ 8-7-17/ No sick call Aug 24 said I was on playing on speaker no sick call
L/O Birck ⑩ Aug 27th didn't allow us to clean - constant shakedowns - taking affidavits
Tester told me on July 3rd & 2nd Johnson said if I didn't come off
hunger strike I would go to pontiac / C/O Robbie Johnson - told me he's always gone side ⑫
L-T botrell ⑪ wrote false ticket - yelling, throwing me out chow Hall for dirty trays
spoke with C/o shaw who told me Johnson was trying to put case on me sept 21-2017
Would let my cell mates shop on Aug 4th, 29th locked in on many occasions
for church, Aug 7th 2017
under duress - telling inmates I was an
Johnson forced me to sign sweat box informant
caught infection
n watch cell without toilet paper, mentally ill people who were always
lling (gray & baldwin) Feces & urine, spiders, ANTS, light on all
ight, many days on hunger strike not logged, no crisses team Dec ② thur
or panic attacks, / cracked window - 11-19-2017 No bible Richard stated C/Os were talking about getting me Aug 11
n seg - hearing loss, No yard, [crossed out] No fans allowed, doing things to
y food - inmates would give me food items, bang on the doors to get me
elp - No Bible

oke to I.A. about burkhead - Johnson lied, spoke to michael Davis &
Rebecca hawkins 28th of June - said they never interviewed her - the
exual Harrassment continued when they sent me to 5 House

Exhibit 5D    Nepotism/Collusion Chart

| Names | Headcount & Relations |
|---|---|
| ?o Miller | 1 female, 1 male / Family |
| ?ohnson | 2 males - 1 female / Uncertain |
| ?owns | 2 males / Family |
| ?hanan | 1 male - 1 female / Husband & wife |
| ?water | 2 male - 1 female / Husband & wife & son |
| ?ailas | 1 male - 1 female / Husband & wife (Ms Bailas father works at I.R.C.C. |
| ?osa | 2 males Brothers (1 male in relationship with counselor Klitz |
| ?ooks | 1 male - 1 female / Family |
| ?owes | 2 males / Father & son |
| ?teins | 1 males - 1 female / Husband & wife |
| ?nettes | 2 males - 1 female / Brothers & his wife |
| ?ing | 1 male - 1 female / Daughter & father |
| ?ylor | 3 males / Brothers & cousin |
| ?um | 1 male - 1 female / cousins |
| ?rales | 1 male - 1 female / Husband & Wife |
| ?rds | 2 males / Family |
| ?roves | 2 males / Brothers |
| ?olf | 2 females / Family |
| ?nglish | 1 male - 1 female / family |
| ?ump | 1 male - 1 female / Husband & wife |
| ?Komo & Husband work at I.R.C.C. | |
| Rose | 2 males / Father & son |

Most Important / Warden J Hammers & N/P are best friends or more - LT Johnson is I.A. for Warden Hammers / Johnson is currently "Dating" N/P Beard / Who in fact began this champaign due to me writing her up & her ties to these two top officials

Pg 5

For the Pain & suffering I endured, I AM seeking compensation from each individual in the amount of $50,000 in compensatory $50,000 in Punitive damages - each individual is sued in their Official & individual capacity, I am seeking injunctive relief, no further retaliation & any thing this court deems necessary

RY DEMAND    Yes ☑    No ☐

Signed this __18__ day of __February__, 20__18__.

*Tremain Williams*
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Tremain Williams | K67325 |
| Address: Illinois River Corr Ctr P.O. Box 999 Canton Illinois 61520 | Telephone Number: |

8